UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 07 CR 50058 |
| ) | Judge Philip G. Reinhard |
| CHARLES O. EUBANKS, ) | (Magistrate Judge P. Michael Mahoney) |
|    also known as "Chuckie," ) | |
|    also known as "Trouble," ) | |
| MICHAEL JACKSON, ) | |
|    also known as "Way Way," ) | |
| THOMAS L. HAWKINS, ) | |
|    also known as "T-Boy," ) | |
| MARTEL D. MULLINS, ) | |
|    also known as "Foe Baby," and ) | |
| MARK O. COOPER ) | |

### ORDER

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

1)    Name: Charles O. Eubanks
       Date of Birth: 10/29/1987
       Sex: Male
       Race: Black

2)    Name: Michael Jackson
       Date of Birth: 7/24/1986
       Sex: Male
       Race: Black

3)    Name: Thomas L. Hawkins
       Date of Birth: 12/27/1985
       Sex: Male
       Race: Black

4)    Name: Martel D. Mullins
       Date of Birth: 5/1/1988
       Sex: Male
       Race: Black

FILED
NOV 20 2007
Magistrate Judge P. Michael Mahoney
U.S. DISTRICT COURT

5)   Name:          Mark O. Cooper
     Date of Birth: 4/27/1987
     Sex:           Male
     Race:          Black

have been and now are, in due form and process of law, incarcerated in the following institution:

WINNEBAGO COUNTY JAIL,

and that said defendants are charged in the above-captioned case with violations of Title 18, United States Code, Sections 1951(a) and 924(c)(1)(A), and that said defendants should appear in this case in the United States District Court at Rockford, Illinois on Monday, November 26, 2007, at 10:00 a.m., for arraignment before Magistrate Judge P. Michael Mahoney.

IT IS THEREFORE ORDERED that the following persons:

Kim R. Widup
United States Marshal
Northern District of Illinois
211 S. Court Street
Rockford, Illinois 61101

Richard Meyers, Sheriff
Winnebago County Jail
650 West State Street
Rockford, Illinois 61102

bring or cause to be brought before this Court, at said time on said date, in the Federal Courthouse in Rockford, Illinois, the bodies of the said defendants; and that a Writ of Habeas Corpus Ad Prosequendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

_____
P. MICHAEL MAHONEY
United States Magistrate Judge

DATED at Rockford, Illinois
this 20th day of November, 2007

2