## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50058 - 3,4 & 5 | **DATE** | 11/30/2007 |
| **CASE TITLE** | USA vs. T. HAWKINS, M. MULLINS & M. COOPER | | |

**DOCKET ENTRY TEXT:**

Detention hearings held. Enter orders of detention pending trial.

Notices mailed by Judicial staff.

00:30

| | Courtroom Deputy Initials: | GG |
|---|---|---|