## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50058 - 3,4&5 | **DATE** | 12/27/2007 |
| **CASE TITLE** | USA vs. T.HAWKINS, M. MULLINS, & M. COOPER | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Defendant's oral motion for an extension of time to February 11, 2008 to file pretrial motions is granted.  USA's oral motion for the time of December 27, 2007 to and including February 11, 2008 to be deemed excludable under 18 USC 3161(h)(1) (X-E) is granted. Status hearing set for February 11, 2008 at 11:00 am.

Notices mailed by Judicial staff.

00:15

| | Courtroom Deputy Initials: | GG |
|---|---|---|

Case 3:07-cr-50058   Document 35   Filed 12/27/2007   Page 1 of 1

07CR50058 - 3 USA vs. T.HAWKINS, M. MULLINS, & M. COOPER                                Page 1 of 1