Case 3:07-cr-50058    Document 52    Filed 04/21/2008    Page 1 of 1

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50058 - 3 | **DATE** | 4/21/2008 |
| **CASE TITLE** | USA vs. THOMAS HAWKINS | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Counsel report defendant ready for transfer.  Defendant is transferred to Judge Reinhard's calendar. Defendant's oral motion for an extension of time to April 30, 2008 to file pretrial motions is granted.  USA's oral motion for the time of April 18, 2008  to and including April 30, 2008 to be deemed excludable under 18 USC 3161(h)(1) (X-E) is granted. Status hearing set before Judge Reinhard for April 30, 2008 at 9:00 am.

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|