# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50058 - 3 | **DATE** | 4/30/2008 |
| **CASE TITLE** | USA vs. Thomas Hawkins | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Government's oral motion for the time of April 30, 2008 through and including May 14, 2008 to be deemed excludable under 18 USC 3161(h)(7) [X-R] is granted. Change of plea hearing set for May 16, 2008 at 9:00a.m.

*Philip G. Reinhard*

Notices mailed by Judicial staff.

00:06

| | Courtroom Deputy Initials: | JT |
|---|---|---|