IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Judge Philip G. Reinhard |
| | ) | Case No. 07 CR 50058-3 |
| THOMAS L. HAWKINS | ) | |

**SENTENCING MEMORANDUM**

Comes now Thomas L. Hawkins, by the Federal Defender Program, Terence F. MacCarthy, Executive Director, and Paul E. Gaziano, one of his assistants and provides to this Honorable Court a Sentencing Memorandum.

**I. SENTENCING GUIDELINE CALCULATIONS**

Mr. Hawkins has reviewed the Sentencing Guideline calculations of the Probation Officer as put forth in the Pre-Sentence Investigation (PSI). Mr Hawkins offers no objection to those calculations. Accordingly, the PSI calculations of an Offense Level 27 and a Criminal History Category V appear proper. Mr. Hawkins' total guideline range is 204-234 months imprisonment. This range is based upon the addition of the combined sentencing range for Counts Four, Eight and Stipulated Conduct with the 84 months for Count 5.

**II. SENTENCING POSITION**

Mr. Hawkins requests that this Court adopt and confirm the Plea Agreement entered into by the parties. By doing so, the Court would grant the Government's Motions for Downward Departure from the applicable sentencing range and from the

statutory mandatory minimum. If the Court approves the Plea Agreement, then a sentence of 136 months' imprisonment is to be imposed.

Mr. Hawkins is concerned that he receive credit for all the time he has been incarcerated . As noted in the PSI, Mr. Hawkins was taken into Federal custody on November 26, 2007 and has remained in continuous custody since that date.  Mr. Hawkins clearly is entitled to credit for the time between November 26, 2007 and the date of his sentencing.  18 USC §3585 (b) (1).   Mr Hawkins was taken from state court custody on November 26, 2007 .   He had been in state court custody from July 21, 2007.  That time was spent in custody as a result of another charge (admittedly a state court charge) for which he was arrested after the commission of the offenses contained in the Indictment in this case.  To the best of Mr. Hawkins' counsel's knowledge, those state court charges will be dismissed after the imposition of this sentence.  If the state court charges are dismissed, then Mr. Hawkins should be entitled to credit the time from July 21, 2007 to November 26, 2007 against the sentence imposed in this case.  T18 USC §3585 (b)(2) provides:

> A defendant shall be given credit toward the service of a term of
> imprisonment for any time he has spent in offficial detention
> prior to the date the sentence commences—,
> (2) as a result of any other charge for which the defendant was
> arrested after the commission of the offense for which the
> sentence was imposed;

Mr. Hawkins believes that he should receive the time from July 21, 2007 to November 26,2007 as a credit against this sentence.

### III.  PLACE OF INCARCERATION

Mr. Hawkins requests that the Court designate him to a facility easily accessible to Rockford, Il., and if at all possible to the facility at Pekin, IL. He further requests that he not be designated to Oxford, Wisconsin because one of his codefendants has a father imprisoned in that facility and he further requests not to be designated to any facility in which a codefendant is lodged.   Mr. Hawkins requests that he be allowed to remain in the Stephenson County Jail until he is designated .

                        Respectfully submitted;
                        FEDERAL DEFENDER PROGRAM
                        Terence F. MacCarthy
                        Executive Director

                        By: ___/s_____
                            Paul E. Gaziano
                            Attorneys for Defendant

PAUL E. GAZIANO
FEDERAL DEFENDER PROGRAM
202 W. State Street - Suite 600
Rockford, IL 61101
(815) 961-0800