UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) No.  07 CR 50058-3 |
| | ) Judge Philip G. Reinhard |
| THOMAS L. HAWKINS, | ) |
| also known as "T-Boy" | ) |

**UNITED STATES' MOTION PURSUANT TO SENTENCING GUIDELINE SECTION 5K1.1 AND 18 U.S.C. § 3553(e) AS TO DEFENDANT THOMAS L. HAWKINS**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves this court, pursuant to United States Sentencing Guideline § 5K1.1 and 18 U.S.C. § 3553(e), to depart downward from the combined sentencing guidelines range for Counts Four and Eight, the stipulated offense conduct, and Count Five, in the case of defendant Thomas L. Hawkins.

1.  On May 16, 2008, defendant entered pleas of guilty to Counts Four, Five, and Eight of the indictment in this case, and also stipulated to having committed two additional robberies. Count Four charged defendant with robbing the Chase 8 Auto Sales at 1711 Broadway in Rockford, Illinois on July 7, 2007, along with Michael Jackson.  Count Five charged defendant with using a firearm during and in relation to the violent crime charged in Count Four.  Count Eight charged defendant with robbing the Victory Lane Auto Sales at 2805 11th Street on July 20, 2007, along with Charles O. Eubanks.  In addition, defendant stipulated to having robbed the West State Food Mart at 2907 West State Street on July 3, 2007 with Michael Jackson and Martel Mullins, and to having robbed the Checks for Cash store located at 2949 11th Street with Michael Jackson on July 16, 2007. In paragraph 13 of the Plea Agreement, assuming defendant's full and truthful cooperation, the

United States agreed to move the court to impose a sentence of imprisonment of sixty-seven percent of the low end of the combined applicable sentencing guidelines range for Counts Four and Eight, the stipulated offense conduct, and Count Five. As calculated by the probation officer in the Presentence Investigation Report ("PSR") and agreed to by the defendant in his Sentencing Memorandum filed on September 2, 2008, the combined applicable sentencing guidelines range for Counts Four and Eight, the stipulated offense conduct, and Count Five, is 204-234 months of imprisonment. PSR at lines 759-762.

2.　　Pursuant to U.S.S.G. § 5K1.1 and 18 U.S.C. § 3553(e), upon motion of the government which is based upon the substantial assistance of the defendant, the court may depart downward from the Sentencing Guidelines range and any statutory mandatory minimum sentence, respectively. Accordingly, the United States now makes such a motion.

3.　　Defendant presented a proffer of his testimony in this case and other valuable information shortly after his arrest on the pending charges. In addition, defendant agreed to cooperate and testify against his co-defendants if necessary. All four co-defendants pleaded guilty in this case, and two have been sentenced to lengthy periods of imprisonment thus far. The remaining two co-defendants are scheduled to be sentenced on September 22, 2008. The government believes defendant's cooperation played a substantial role in the decision of his co-defendants to plead guilty before trial.

4.　　For these reasons, the government believes defendant has offered substantial assistance in the prosecution of other persons who have committed offenses against the United States.

WHEREFORE, the United States moves this court to depart from the combined applicable sentencing guidelines range for Counts Four and Eight, the stipulated offense conduct, and Count Five, and to impose a sentence of imprisonment of 67% of the low-end of that combined range, equating to a total sentence of imprisonment of 136 months.

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

By:    _____/s_____
    MICHAEL F. IASPARRO
    Assistant United States Attorney
    308 W. State Street -- Suite 300
    Rockford, IL 61101
    (815) 987-4444

**CERTIFICATE OF SERVICE**

     The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

United States' Motion Pursuant to Guideline Section 5K1.1
And 18 U.S.C. § 3553(e) As to Defendant Thomas L. Hawkins

was served pursuant to the district court's ECF system on September 3, 2008.

                              /s
                      MICHAEL F. IASPARRO
                      Assistant United States Attorney
                      308 West State Street - Suite 300
                      Rockford, Illinois 61101
                      (815)987-4444